tection Clause. See, *e. g., Adarand Constructors, Inc.* v. *Peña,* 515 U. S. 200, 237 (1995); *Richmond* v. *J. A. Croson Co.,* 488 U. S. 469, 507 (1989); *United States* v. *Paradise,* 480 U. S. 149, 167 (1987) (plurality opinion). And it has indicated that significant statistical disparities between the pool of those selected for a job and those eligible for the job may be used, among other things, to show past discrimination. See *Croson, supra,* at 501–502. In this case, there are both statistics and other evidentiary indicia of past discrimination, including a finding by the Department of Justice of a history of discrimination. Courts of Appeals apparently have upheld affirmative-action plans in other cities based on similar records. See *McNamara* v. *Chicago,* 138 F. 3d 1219, 1223–1224 (CA7), cert. denied, 525 U. S. 981 (1998); see also *Stuart* v. *Roche,* 951 F. 2d 446, 450–452 (CA1 1991), cert. denied, 504 U. S. 913 (1992).

In light of the many affirmative-action plans in effect throughout the Nation, the question presented, concerning the means of proving past discrimination, is an important one; the lower courts are divided; and the Fifth Circuit's decision may be questionable in light of our precedents. Accordingly, I respectfully dissent from the denial of certiorari in this case.

No. 98–990. PERILLO ET AL. *v.* AT&T CORP. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 98–7889. BALDWIN *v.* JOHNSON, WARDEN. C. A. 11th Cir. Motion of Former State Supreme Court Justices et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–8151. PARHAM *v.* COCA-COLA CO. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–1088. IN RE VEY, 525 U. S. 1138;

No. 98–6860. IN RE VANDERBECK, 525 U. S. 1101;

No. 98–6952. ANSLEY *v.* GREENBUS LINES, INC., ET AL., 525 U. S. 1124; and

No. 98–7229. CROSS *v.* UNITED STATES, 525 U. S. 1112. Petitions for rehearing denied.